UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robin D. Malinchak | : | No. 17-20666-GLT |
| | : | |
| Debtor | : | Chapter 7 |
| | : | |
| Wells Fargo Bank, N.A., | : | Hearing Date: 5/25/17 at 10:00 a.m. |
| d/b/a Wells Fargo Dealer Services | : | |
| | : | Response Date: 5/6/17 |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Robin D. Malinchak | : | |
| Charles O. Zebley, Jr., Trustee | : | |
| | : | |
| Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion for Relief from Stay, Docket No. 17**

I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief filed on April 19, 2017 has been received, The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion for Relief from Stay appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay were to be filed and served no later than May 6, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay be entered by the Court.

Date: 5/8/17    By:    /s/ Brett Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
bsolomon@tuckerlaw.com
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212