UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robin D. Malinchak | : | No. 17-20666-GLT |
| | : | |
| Debtor | : | Chapter 7 |
| | : | |
| Wells Fargo Bank, N.A., | : | Related to Document No. 22 |
| d/b/a Wells Fargo Dealer Services | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Robin D. Malinchak | : | |
| Charles O. Zebley, Jr., Trustee | : | |
| | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on May 11, 2017.

The type of service made on the parties was first-class mail.

U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Robin D. Malinchak
427 Butz Street
New Castle, PA 16101

Charles O. Zebley, Jr., Trustee
PO Box 2124
Uniontown, PA 15401

Paula J. Cialella, Esq.
113 North Mercer Street
New Castle, PA 16101

Executed on: 5/11/17

Attorney for Movant

/s/ Brett Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
bsolomon@tuckerlaw.com
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212