**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robin D Malinchak** | Social Security number or ITIN **xxx−xx−6037** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **17−20666−GLT**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robin D Malinchak

7/5/17

**By the court:** <u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-20666-GLT
Robin D Malinchak                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 1              Date Rcvd: Jul 05, 2017
                              Form ID: 318             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
```
db          +Robin D Malinchak,    427 Butz Street,    New Castle, PA 16101-2501
cr          +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,   c/o Brett A. Solomon, Esquire,
              Tucker Arensberg, P.C.,    1500 One PPG Place,    Pittsburgh, PA 15222-5413
14369499     Associated Credit Services, Inc.,    PO Box 5171,    Westborough, MA 01581-5171
14379401    +BSI Financial Services,    314 S. Franklin Street,    Second Floor,    PO Box 517,
              Titusville, PA 16354-0517
14369501     Innovative Diagnostic Lab,    PO Box 896123,    Charlotte, NC 28289-6123
14369502    +Jameson Health System,    1211 Wilmington Ave,    New Castle, PA 16105-2516
14369503    +Midland Credit Management,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14379406    +New Castle Sanitation Authority,    102 E. Washington Street,    PO Box 1404,
              New Castle, PA 16103-1404
14369504    +New Castle Sanitation Authority,    102 E. Washington Street,    New Castle, PA 16101-3815
14369505     PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14375987    +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14369506     Penn Credit,    916 S 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2017 01:30:00     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14369500     EDI: DCI.COM Jul 06 2017 01:23:00     Diversified Consultants, Inc.,    PO Box 551268,
              Jacksonville, FL 32255-1268
14369507     EDI: WFFC.COM Jul 06 2017 01:23:00     Wells Fargo Dealer Services,    PO Box 17900,
              Denver, CO 80217-0900
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14379400*    Associated Credit Services, Inc.,    PO Box 5171,    Westborough, MA 01581-5171
14379402*    Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
14379403*    Innovative Diagnostic Lab,    PO Box 896123,    Charlotte, NC 28289-6123
14379404*   +Jameson Health System,    1211 Wilmington Ave,    New Castle, PA 16105-2516
14379405*   +Midland Credit Management,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14379407*    PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14379408*    Penn Credit,    916 S 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
14379409*    Wells Fargo Dealer Services,    PO Box 17900,    Denver, CO 80217-0900
                                                                             TOTALS: 1, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services bsolomon@tuckerlaw.com,
                dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt     on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paula J. Cialella    on behalf of Debtor Robin D Malinchak paula@cialellalaw.com,
               jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com;r47858@notify.bestcase.com
                                                                                              TOTAL: 5
```